AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Facebook, Inc. user IDs and accounts as more particulary described in the affidavit of Special Agent Chana Boller dated June 1, 2023 | )<br>)<br>)  Case No.   2:23-cr-00472<br>)<br>)<br>) |

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A to the affidavit of Special Agent Chana Boller dated June 1, 2023

located in the _____ District of **South Carolina**, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B to the affidavit of Special Agent Chana Boller dated June 1, 2023

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC 1343 | wire fraud |
| 18 USC 1956 | money laundering |
| 26 USC 7201,7206(1), 7202 | tax evasion, subscribing to a false return, and willful failure to collect and pay tax |

The application is based on these facts:
See attached affidavit of SA Chana Boller dated June 1, 2023

☐ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Chana N. Boller*
Applicant's signature

SA Chana Boller
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by **Telephone** *(specify reliable electronic means)*.

Date: 06/01/2023

*Molly H. Cherry*
Judge's signature

City and state: Charleston, South Carolina     The Honorable Molly H. Cherry
Printed name and title

[Print]  [Save As...]  [Attach]  [Reset]